UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| The North River Insurance Company, | ) | |
|     Plaintiff | ) | |
| | ) | |
|                  v. | ) | 12-1492 |
| | ) | |
| Jeffrey Kallister, et al, | ) | |
|     Defendants | ) | |
| | ) | |

ORDER

Plaintiff brings this action for declaratory relief under 28 USC §2201 and §2202, asserting this Court's diversity jurisdiction. In support of that jurisdiction, Plaintiff states that jurisdiction is proper because the defendants "are citizens of different states than North River."

Nowhere in the Complaint does Plaintiff plead the actual states of the Defendants' citizenship. A mere assertion that parties are citizens of different states is not sufficient for the court to ascertain its jurisdiction. See, e.g., *Wise v Wachovia,* 450 F3d 265, 266-67 (7th Cir 2006).

Plaintiff is therefore directed to file, within 14 days of this date, a jurisdictional supplement in which it affirmatively asserts the citizenship of each defendant.

Entered on this 30th day of November, 2012.

                                        s/ John A. Gorman

                                    **JOHN A. GORMAN**
                         **UNITED STATES MAGISTRATE JUDGE**